IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

TROY MICHAEL SMITH,            )
                               )
          Plaintiff,           )
                               )
     v.                        )          CV 114-145
                               )
COLUMBIA COUNTY SHERIFF DEPT., )
et al.,                        )
                               )
          Defendants.          )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to substitute under Fed. R. Civ. P. 25(a), and **CLOSES** this civil action.

SO ORDERED this 3rd day of March, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA